**PACO SPORT, LTD., Plaintiff–Appellee,**

v.

**TEXTILE CENTER, INC., Zakaria A. Billoo, and Mohammed A. Siddiq, Defendants–Appellants.**

No. 2006–1586.

United States Court of Appeals, Federal Circuit.

Sept. 26, 2006.

*ORDER*

On August 31, 2006, the court issued an order allowing the parties 21 days to object to the transfer of this appeal to the United States Court of Appeals for the Eleventh Circuit. No objection has been received within the time allowed.

Accordingly,

IT IS ORDERED THAT:

(1) The case is transferred to the Eleventh Circuit.

(2) Each side shall bear its own costs.

**ACCO BRANDS, INC. (doing business as Kensington Technology Group), Plaintiff–Appellee,**

v.

**ABA LOCKS MANUFACTURER CO., LTD., Defendant–Appellee,**

and

**Belkin Components, Defendant–Appellant.**

No. 2006–1570.

United States Court of Appeals, Federal Circuit.

Sept. 26, 2006.

**ORDER**

The order of dismissal and the mandate dated 09/13/2006 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.